IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AMPAZZIO W. WARREN, | ) | |
| Petitioner, | ) | Case No. 7:04CV00607 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY KILGORE, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The magistrate judge's Report and Recommendation shall be **ADOPTED**;

2. The respondent's motion to dismiss shall be **GRANTED**;

3. The petitioner's motion for extension of time shall be **DENIED**; and

4. The petition shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondents.

ENTER: This 21st day of September, 2005.

_____
United States District Judge